IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY MARIE KEEN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | No. 3:13-cv-00053<br><br>Judge Nixon<br>Magistrate Judge Bryant |

## ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 17.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be granted, that the SSA's decision be reversed, and that the cause be remanded for further administrative proceedings consistent with the Report. (Doc. No. 21 at 19.) The Report was filed on October 2, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion, **REVERSES** the Commissioner's decision, and **REMANDS** this case for further administrative proceedings consistent with the Report. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 20th day of October, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT